# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| AARON ANTONIO, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>SUNPRO SOLAR, LLC,<br><br>   Defendant. | JUDGE SOLOMON OLIVER, JR.<br><br>CASE NO. 1:18-cv-00422<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. CIV. R. 41(a)(1)(A)** |

  Pursuant to Federal Civil Rule 41(a)(1)(A), Plaintiff, Aaron Antonio, by and through Counsel, hereby gives notice that the above-captioned action, is voluntarily dismissed, without prejudice.

                Respectfully submitted,

                */s/ Frank A. Bartela*
                Patrick J. Perotti, Esq (0005481).
                Nicole T. Fiorelli, Esq. (0079204)
                Frank A. Bartela, Esq. (0088128)
                DWORKEN & BERNSTEIN CO., L.P.A.
                60 South Park Place
                Painesville, Ohio 44077
                Tel.: (440) 352-3391
                Email: pperotti@dworkenlaw.com
                     nfiorelli@dworkenlaw.com
                     fbartela@dworkenlaw.com

                *Attorneys for Plaintiff Aaron Antonio*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2018, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

 /s/ Frank A. Bartela
Frank A. Bartela, Esq. (#0088128)
DWORKEN & BERNSTEIN CO., L.P.A.

*Attorney for Plaintiff Aaron Antonio*